| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| **TODD FISHER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**OSMOSE UTILITIES SERVICES, INC.**; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:18-cv-01704-LJO-EPG<br><br>**ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF MID-DISCOVERY STATUS CONFERENCE AND OTHER DEADLINES**<br><br>(ECF No. 13) |

Pursuant to the stipulation of the Parties (ECF No. 13) and finding good cause exists, IT IS ORDERED as follows:

1. The Mid-Discovery Status Conference, currently set for September 16, 2019, is VACATED and reset to **November 15, 2019, at 10:00 a.m**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

2. The Scheduling Order (ECF No. 12), as previously modified (ECF No. 21), is further modified as follows:

| Type of Deadline | Previous Deadline | New Deadline |
|---|---|---|
| Non-expert discovery | December 16, 2019 | March 16, 2020 |
| Motion to compel re: class certification discovery | December 16, 2019 | March 16, 2020 |
| Expert witness disclosures | January 15, 2020 | April 15, 2020 |
| Expert disclosures rebuttal | February 14, 2020 | May 14, 2020 |
| Expert discovery cut-off | March 16, 2020 | June 16, 2020 |
| Motion for Class Certification | April 30, 2020 | August 30, 2020 |

IT IS SO ORDERED.

Dated: **September 12, 2019**

/s/ Erin P. Grosjean

UNITED STATES MAGISTRATE JUDGE