UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TODD FISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSMOSE UTILITIES SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:18-cv-01704-NONE-EPG<br><br>ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF DEADLINE TO FILE APPROVAL PAPERS FOR CLASS ACTION SETTLEMENT |
|---|---|

Pursuant to the stipulation of the parties (ECF No. 31), and finding good cause exists, IT IS ORDERED:

1. The deadline for filing approval papers for Class Action settlement is extended to **July 20, 2020.**

2. The status conference, currently set for June 22, 2020, is continued to **August 4, 2020, at 9:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **June 18, 2020**                             /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE

-1-