# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FISHER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>OSMOSE UTILITIES SERVICES, INC,<br><br>Defendants. | Case No. 1:18-cv-01704-NONE-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,<br><br>(ECF No. 41) |

Based on the stipulation of the parties (ECF No. 41) and finding good cause exists, **IT IS ORDERED** that the parties shall submit supplemental evidence in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement no later than November 30, 2020.

IT IS SO ORDERED.

Dated: __**October 26, 2020**__　　　　　　　／s／ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE