Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Tel: (323) 306-4234
Fax: (866) 633-0228

Attorneys for Plaintiff

James Fessenden (SBN 238663)
jfessenden@fisherphillips.com
**Fisher & Phillips LLP**
4747 Executive Drive, Suite 1000
San Diego, CA 92121
Tel: (858) 597-9619

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FISHER,<br><br>           Plaintiffs,<br>     vs.<br><br>OSMOSE UTILITIES SERVICES, INC,<br><br>           Defendants. | Case No.: 1:18-cv-01704-NONE-EPG<br><br>*[Assigned to the Hon. Erica P. Grojean, U.S. Magistrate Judge]*<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER**<br><br>Complaint filed:  November 5, 2018<br>Trial date:         None set |

1     Pursuant to the Court's Order on September 18, 2020, and L.R. 143, Plaintiff Todd Fisher ("Plaintiff") and Defendant Osmose Utilities Services, Inc. ("Defendant"), by and through their counsel of record, agree and stipulate as follows:

4     WHEREAS, on August 19, 2020, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement ("Motion");

6     WHEREAS, on September 18, 2020, this Court heard the Motion and considered oral argument from counsel regarding whether the proposed settlement agreement was fair and reasonable;

9     WHEREAS, the Court ordered the parties to meet and confer regarding the Court's concerns and advise no later than October 30, 2020, whether they intend to submit additional evidence in support and/or need more time to investigate, including how much time they'll need;

12     WHEREAS, the parties met and conferred and agreed that Plaintiff would submit declarations of putative class members in support of the Motion, if Plaintiff's counsel is able to obtain such declarations;

15     WHEREAS, on October 26, 2020, the Court granted the parties' request for additional time to complete the discovery required to submit supplemental evidence in support of the Plaintiff's Motion for Preliminary Approval;

18     WHEREAS, Defendant is in the process of providing Plaintiff with contact information for additional putative class members;

20     WHEREAS, this is the parties' second request for additional time based on delays resulting from COVID-19 and upcoming holidays during which the relevant persons will not likely be available; and

23     WHEREAS, the parties have met and conferred in good faith and believe that Plaintiff will be able to submit the supplemental evidence the Court requested given sufficient time.

///
///
///
///

The parties respectfully request additional time, until approximately January 15, 2021, or such time as the Court deems appropriate, to complete their respective investigations and submit additional evidence in support of the Motion.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date:  November 25, 2020                THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:  /s/Adrian R. Bacon
     Adrian R. Bacon
     Attorneys for Plaintiff

Date:  November 25, 2020                FISHER & PHILLIPS LLP

By:  /s/James Fessenden
     James Fessenden
     Attorneys for Defendant

## **ORDER**

Based on the stipulation of the parties (ECF No. 43) and finding good cause exists, **IT IS ORDERED** that the parties shall submit supplemental evidence in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement no later than January 15, 2021. No further extensions shall be granted absent good cause.

IT IS SO ORDERED.

Dated:   **November 30, 2020**        /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE