UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSMOSE UTILITIES SERVICES, INC.,<br><br>Defendant. | Case No. 1:18-cv-1704-NONE-EPG<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 50) |

Before the Court is the parties' stipulation to extend the time to file objections to the Court's findings and recommendations. (ECF No. 50.)

On April 5, 2021, the Court entered findings and recommendations recommending that Plaintiff Todd Fisher's motion for preliminary approval of a class action settlement be denied. (ECF No. 49.) The parties were provided an opportunity to file objections within fourteen days. (*Id.*) The parties' stipulation, filed on April 9, 2021, requests an extension of the objection deadline to May 14, 2021[1] due to counsel's respective workloads. (*Id.*)

The Court finds good cause to grant the requested extension of time.

///

---

[1] The stipulation is somewhat unclear and identifies the proposed extended deadline as May 14, 2021, and May 6, 2021, in different paragraphs. Out of caution, the Court construes the stipulation as requesting the later deadline.

1

     Accordingly, IT IS ORDERED that the parties' stipulation for an extension of time (ECF No. 50) is GRANTED. The deadline for the parties file objections to the Court's findings and recommendations entered on April 5, 2021 (ECF No. 49) is extended to **May 14, 2021**.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                              /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE