UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OSMOSE UTILITIES SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | NO. 1:18-cv-01704-NONE-EPG<br><br><u>ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION TO TULARE SUPERIOR COURT</u><br><br>*[Originally Tulare County Superior Court, Visalia Division, Action No. VCU276204]*<br><br>State Action Filed:  November 5, 2018 |

After reviewing the Parties' Stipulation to Remand the Action to Tulare Superior Court and good cause appearing, IT IS HEREBY ORDERED as follows:

The Parties' Stipulation is approved.  This matter is hereby remanded to the Superior Court for the State of California for the County of Tulare for lack of subject matter jurisdiction per 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated:   **September 24, 2021**

_____
UNITED STATES DISTRICT JUDGE